NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE R.R. GREGORY CORPORATION,**
*Appellant*

**v.**

**JOHN M. MCHUGH, SECRETARY OF THE ARMY,**
*Appellee*

---

2014-1813

---

Appeal from the Armed Services Board of Contract Appeals in No. 58517, Administrative Judge Mark A. Melnick, Administrative Judge David W. James Jr., Administrative Judge Mark N. Stempler.

---

**JUDGMENT**

---

BRIAN COHEN, Law Office of Brian Cohen, Columbia, MD, argued for appellant.

JEFFREY A. REGNER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., MARTIN F. HOCKEY, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


06/04/2015                          /s/ Daniel E. O'Toole
    Date                            Daniel E. O'Toole
                                    Clerk of Court